JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE JAMES HOLLYWOOD, | Case No. CV 15-3721-KK |
| Petitioner, | |
| v. | JUDGMENT |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is DISMISSED with prejudice.

Dated: July 8, 2016

HONORABLE KENLY KIYA KATO
United States Magistrate Judge